IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                                      23-MC-6016

2015 MERCEDES BENZ S550, VIN WDDUG8FB6A119782, AND

2021 GMC SIERRA, VIN 1GT49VEY1MF128625,

        DefendantS.

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

    IT IS HEREBY STIPULATED and agreed upon by and between the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie Bailey, Assistant United States Attorney, of counsel, and Joseph S. Damelio, attorney for claimant, Lena CATALANO, pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the government's time to file its Verified Complaint for Civil Forfeiture against the above-named property be extended from August 28, 2023 until November 28, 2023.

    The parties to this Stipulation further agree that the claimant may revoke their consent in writing to extend the time for the government to file its Verified Complaint for Civil Forfeiture against the above-named property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

TRINI E. ROSS
United States Attorney
Western District of New York

Dated: 8/3/2023     BY: *Melanie J. Bailey*
                        MELANIE BAILEY
                        Assistant United States Attorney
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        716-843-5863
                        Melanie.Bailey@usdoj.gov

Dated: 8·3·23

JOSEPH S. DAMELIO, ESQ.
Attorney for Claimant
28 East Main Street, Suite 1200
Rochester, New York 14614

2